IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| ROBERT W. SEIDEN ESQ., in his capacity as Receiver for Southern China Livestock, Inc., | § § § § | No. 174, 2017 |
| Plaintiff Below, Appellant, | § § | |
| v. | § § § | Court Below: Court of Chancery of the State of Delaware |
| SHU KANEKO a/k/a JOSEPH KANEKO, | § § | C.A. No. 9861-VCS |
| Defendant Below, Appellee. | § | |

Submitted: December 6, 2017
Decided: December 15, 2017

Before **STRINE**, Chief Justice; **SEITZ** and **TRAYNOR**, Justices.

# **O R D E R**

This 15th day of December 2017, it appears to the Court that the judgment of the Court of Chancery should be affirmed on the basis of and for the reasons assigned in its memorandum opinion dated March 22, 2017 and revised March 23, 2017.[1]

NOW, THEREFORE, IT IS ORDERED that the judgment of the Court of Chancery is hereby AFFIRMED.

BY THE COURT:

*/s/ Leo E. Strine, Jr.*

Chief Justice

---

[1] *Robert W. Seiden Esq in his capacity as Receiver for S. China Livestock, Inc. v. Shu Kaneko a/k/a Joseph Kaneko*, C.A. No. 9861-VCS, 2017 WL 1093937 (Del. Ch. Mar. 22, 2017).